ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR 24-71284-MAG** |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| EMILIO MACIAS, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on August 29, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

■    Indictment

☐    Information

☐    Criminal Complaint

☐    Other (describe)

In that case (copy of Indictment attached), the defendant is charged with violating <u>21 U.S.C.§ 846 and 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)</u>.

Description of Charges: <u>Conspiracy to Possess with Intent to Distribute Methamphetamine in</u>

violation of 21 U.S.C.§ 846; and Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

The maximum penalties are as follows (for each count):

- Maximum prison term — Life
- Minimum prison term — 10 years
- Maximum fine — $10,000,000
- Maximum supervised release term — Life
- Minimum supervised release term — 5 years
- Mandatory special assessment — $100
- Forfeiture

DATED: August 30, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
ERIC CHENG
Assistant United States Attorney

FILED 20 JUN '24 15:16 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr-00252-MC |
| v. | **INDICTMENT** |
| EMILIO MACIAS, SHANNON GRABER, ▬▬▬▬ CHRISTIAN CLARK, KIRBIE HULSEY, and JARED CLEVELAND, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii); 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi); and § 846 |
| Defendants. | **SEALED** |
| | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Conspiracy to Possess with Intent to Distribute Methamphetamine)
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846)

Beginning on or about January 23, 2024, and continuing to on or about February 6, 2024, in the District of Oregon, defendants **EMILIO MACIAS, SHANNON GRABER,** ▬▬▬ ▬▬▬ **CHRISTIAN CLARK, KIRBIE HULSEY,** and **JARED CLEVELAND** did unlawfully and knowingly combine, conspire, confederate and agree with each other, and with others both known and unknown to the grand jury, to distribute, and possess with intent to

distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and 846.

## COUNT 2
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))

On or about January 23, 2024, in the District of Oregon, defendant **SHANNON GRABER** did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

## COUNT 3
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))

On or about January 23, 2024, in the District of Oregon, defendant ███████ did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

## COUNT 4
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))

On or about January 30, 2024, in the District of Oregon, defendant **EMILIO MACIAS** did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

## COUNT 5
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about February 2, 2024, in the District of Oregon, defendant **CHRISTIAN CLARK** did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

## COUNT 6
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about February 2, 2024, in the District of Oregon, defendant **KIRBIE HULSEY** did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

## COUNT 7
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))**

On or about February 6, 2024, in the District of Oregon, defendant **JARED CLEVELAND** did unlawfully and knowingly possess with intent to distribute 50 grams or more

of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii).

## COUNT 8
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(vi))**

On or about February 2, 2024, in the District of Oregon, defendant **CHRISTIAN CLARK** did unlawfully and knowingly possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(vi).

///

///

///

///

///

///

///

///

///

///

///

///

## FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 1 through 8, defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: June 20, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

ADAM DELPH
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>EMILIO MACIAS<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  6:24-cr- 00252-MC |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EMILIO MACIAS                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition     ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 846
Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Date:    06/20/2024

*Issuing officer's signature*

City and state:    Eugene, OR           Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
*Arresting officer's signature*

_____
*Printed name and title*